**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

MIGUEL ANGEL ORROSTIETA-ARIAS          CASE NO.  1:25-CV-02059 SEC P

VERSUS                                                          JUDGE EDWARDS

BRIAN ACUNA ET AL                                   MAGISTRATE JUDGE PEREZ-MONTES

**ORDER**

The Court has been informed that Petitioner Miguel Angel Orrostieta-Arias has been released.  ECF No . 12.  Because he is not detained, the § 2241 claim is moot.  *See Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019).  If a controversy is moot, a court lacks subject matter jurisdiction.  *Carr v. Saucier*, 582 F.2d 14, 16 (5th Cir. 1978) (citing *North Carolina v. Rice*, 404 U.S. 244, 246 (1971); *Locke v. Board of Public Instruction*, 499 F.2d 359, 363-364 (5th Cir. 1974)).

Accordingly, IT IS ORDERED that the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers this 23rd day of April, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**